MELINDA HAAG (CABN 44332)
United States Attorney

MIRANDA KANE (CABN 163973)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6982
    natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     v. <br> JORDAN WOOD, <br>     Defendant. | No. CR 13-00087 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

On May 21, 2013, the parties had an initial status appearance before the Court. The parties requested, and the Court ordered, a continuance until June 25, 2013, on which date the parties anticipate a final status conference wherein dates will be discussed for either a possible plea or a trial. The stated purpose of the continuance request was to afford defense counsel adequate time to prepare and to review additional discovery and further investigate the case.

The parties also requested, and the Court ordered, that the time between May 21, 2013 and June 25, 2013, would be excluded from the running of the speedy trial clock for effective

preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension. The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                          MELINDA HAAG
                          United States Attorney

DATED: May 22, 2013           /s/
                          NATALIE LEE
                          Assistant United States Attorney

DATED: May 22, 2013           /s/
                          FRANK BELL
                          Attorney for Jordan Wood

     For the reasons stated above, this matter is continued until June 25, 2013, for a final status conference to set a date for either a possible plea or a trial. The Court finds that the exclusion of time from May 21, 2013 through June 25, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: May 23, 2013.                                  
                          HONORABLE WILLIAM ALSUP
                          United States District Judge